**Opinion issued December 6, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-17-00514-CV

———————————

## MICHAEL JANGL, Appellant

## V.

## KORY KRAFT, JENNIFER KRAFT, AND PEPPER RIO TINY HOME, Appellees

---

**On Appeal from the County Court at Law No. 1**
**Caldwell County, Texas[1]**
**Trial Court Case No. 6267**

---

## MEMORANDUM OPINION

---

[1]     Pursuant to its docket equalization authority, the Supreme Court of Texas transferred this appeal to this Court from the Court of Appeals for the Third District of Texas. *See* Misc. Docket No. 17-9066 (Tex. June 20, 2017); *see also* TEX. GOV'T CODE ANN. § 73.001 (Vernon 2013) (authorizing transfer of cases).

Appellant, Michael Jangl, has filed a "Motion for Dismissal of Cause," which we construe as a motion to dismiss the appeal. No other party has filed a notice of appeal, and no opinion has issued. *See* TEX. R. APP. P. 42.1(a)(1), (c). And, although the motion does not include a certificate of conference, more than ten days have passed and no party has opposed appellant's motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f). We dismiss all other requests for relief and pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Jennings and Bland.

2